APPEAL No. 73-13. GUSTAV WOHL *v.* DEPARTMENT OF EMPLOYMENT SECURITY *et al.* Petition for writ of certiorari is denied. *Madison* v. *Board of Review Department of Employment Security,* 105 R. I. 69, 249 A.2d 100 (1969). *Gustav Wohl,* petitioner, pro se. *Irving J. Bilgor,* Legal Counsel, Board of Re-

view, Department of Employment Security, *John A. Notte, III,* Legal Counsel, Department of Employment Security, for respondents.